Krista M. Enns, State Bar No. 206430
Winston & Strawn LLP
101 California St.
San Francisco, CA  94111
Phone: 415.591.1402
Fax: 415.591.1400
kenns@winston.com

Attorney for Defendants
Otsuka Pharmaceutical Co., Ltd., and
Otsuka America Pharmaceutical, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| BRENDA SEARS and ROBERT SEARS,<br><br>              Plaintiffs,<br><br>       v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.<br><br>              Defendants. | CASE NO.: 1:16-cv-00065-BAM<br><br><br><br>**STIPULATION TO EXTEND TIME AND ORDER** |

This stipulation in the above-captioned matter is made by and between the attorneys for Plaintiffs Brenda Sears and Robert Sears ("Plaintiffs") and Defendants Bristol-Myers Squibb Company, Otsuka Pharmaceutical Co., Ltd., and Otsuka America Pharmaceutical, Inc. (collectively "Defendants").

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that the prescribed time within which Defendants may move, answer, or otherwise respond to the Complaint is hereby extended by 30 days, and that Plaintiffs will have an additional 30 days from the time prescribed by the applicable rules to respond to any motion filed by Defendants in response to the Complaint.

1    This is the parties' first request for an extension.  All parties agree to this extension, and the
2 extension does not affect any other previously scheduled dates.
3    IT IS SO STIPULATED.
4
Dated:  February 12, 2016

        */s/ Barry Thompson*
Barry Thompson
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Fax:  (310) 785-4601
barry.thompson@hoganlovells.com

Lauren Colton
Hogan Lovells US LLP
100 International Drive, Suite 200
Baltimore, Maryland 21202
Telephone:  (410) 659-2700
Fax:  (410) 659-2701
lauren.colton@hoganlovells.com

*Attorneys for Defendant Bristol-Myers Squibb Company*


        */s/ Krista M. Enns*
Krista M. Enns, State Bar No. 206430
Winston & Strawn LLP
101 California St.
San Francisco, CA  94111
Phone: 415.591.1402
Fax: 415.591.1400
kenns@winston.com

Matthew A. Campbell
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC  20006
Phone: 202.282.5848
macampbe@winston.com
Luke A. Connelly
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

|  |  |
|---|---|
|  | Phone: 212.294.6882 |
|  | lconnell@winston.com |
|  |  |
|  | *Attorneys for Defendant* |
|  | *Otsuka Pharmaceutical Co., Ltd.* |
|  | *and Otsuka America Pharmaceutical, Inc.* |
| Dated:  February 12, 2016 | /s/ Gary L. Wilson |
|  | Gary L. Wilson (CA Bar # 139358) |
|  | Megan J. McKenzie (MN Bar # 388081) |
|  | 2800 LaSalle Plaza |
|  | 800 LaSalle Avenue |
|  | Minneapolis, MN  55402-2015 |
|  | Phone: 612.349.8500 |
|  | Fax: 612.339.4181 |
|  | gwilson@robinskaplan.com |
|  | mmckenzie@robinskaplan.com |
|  |  |
|  | *Attorneys for Plaintiffs Brenda Sears and Robert Sears* |

ORDERED

IT IS SO ORDERED THAT the Defendants Bristol-Myers Squibb Company, Otsuka Pharmaceutical Co., Ltd., and Otsuka America Pharmaceutical, Inc. (collectively "Defendants") will have an additional 30 days from the time returned Summons for the Defendants (Docs. 11, 12 and 13), respond to any motion filed by Defendants in response to the Complaint is due by March 17, 2016.

Dated**:   February 16, 2016**                              /s/ Barbara A. McAuliffe
                                                                         UNITED STATES MAGISTRATE JUDGE