

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER

Brenda Sears and Robert Sears,                Case No. 1:16-cv-00065-BAM

                Plaintiff(s),

v.

Bristol-Myers Squibb Company,
Otsuka Pharmaceutical Co., Ltd., and
Otsuka America Pharmaceutical, Inc.,

                Defendants.

I, Munir R. Meghjee, attorney for Plaintiffs Brenda Sears and Robert Sears, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Robins Kaplan LLP |
| Address: | 800 LaSalle Avenue |
| | 2800 LaSalle Plaza |
| City: | Minneapolis |
| State: | MN            ZIP Code: 55402 |
| Voice Phone: | ( 612 ) 349-0603 |
| FAX Phone: | ( 612 ) 339-4191 |
| Internet E-mail: | MMeghjee@RobinsKaplan.com |
| Additional E-mail: | JCornelius@RobinsKaplan.com |
| I reside in City: | Plymouth            State: Minnesota |

I was admitted to practice in the <u>State of Minnesota</u> (court) on <u>September 20, 2000</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a *pro hac vice* application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | <u>Gary L. Wilson</u> |
| Firm Name: | <u>Robins Kaplan LLP</u> |
| Address: | <u>800 LaSalle Avenue</u> |
| | <u>2800 LaSalle Plaza</u> |
| City: | <u>Minneapolis</u> |
| State: | <u>Minnesota</u>     ZIP Code: <u>55402</u> |
| Voice Phone: | <u>( 612 ) 349-8431</u> |
| FAX Phone: | <u>( 612 ) 339-4181</u> |
| E-mail: | <u>GWilson@RobinsKaplan.com</u> |

Dated: <u>February 16, 2016</u>     Petitioner: <u>*/s/ Munir R. Meghjee*</u>

**ORDER**

IT IS SO ORDERED.  A certificate of good standing was attached to the proposed Pro Hac Vice Application (Doc. 16) and is not part of the final Order.

Dated:  **February 17, 2016**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE