# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA SEARS; AND ROBERT SEARS,<br><br>              Plaintiffs,<br><br>       v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, ET AL.,<br><br>              Defendants. | CASE NO. 1:16-CV-00065-LJO-BAM<br>CASE NO. 1:16-CV-00357-LJO-BAM<br>CASE NO. 1:16-CV-00609-LJO-BAM<br>CASE NO. 1:16-CV-00737-LJO-BAM<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>(ECF No. 54) |
| KAREN REYNOLDS; AND, DELMAR SCOTT REYNOLDS,<br><br>              Plaintiffs,<br><br>       v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; ET AL.,<br><br>              Defendants. | (ECF No. 45) |
| ATHALEAN HARPER-MOSLEY,<br><br>              Plaintiff,<br><br>       v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; ET AL.,<br><br>              Defendants. | (ECF No. 31, 32) |
| TRAVIS VICKERS,<br><br>              Plaintiffs,<br><br>       v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; ET AL.,<br><br>              Defendants. | (ECF No. 16) |

**TO ALL PARTIES AND ATTORNEYS OF RECORD**:

This matter came before the Court on Defendants Bristol-Myers Squibb Company, Otsuka America Pharmaceutical, Inc., and Otsuka Pharmaceutical Co., Ltd.'s unopposed motion to stay all proceedings pending the resolution of the Parties' joint motion to establish a multidistrict litigation ("MDL"). The Court deems the matter appropriate for resolution without oral argument. *See* E.D. Cal. Civ. L.R. 230(g). Based on the papers filed by the Defendants, and good cause appearing, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**. All proceedings in the above-captioned cases, including consideration of any pending Motions to Dismiss, are hereby stayed pending the resolution of the Parties' joint motion to establish an MDL for Abilify® compulsive behavior litigation nationwide.

The Clerk of Court is FURTHER ORDERED to terminate any pending motions in these cases. Upon resolution of the Parties' joint motion to establish an MDL, any previously-filed motion may be re-noticed.

IT IS SO ORDERED.

Dated:   **July 29, 2016**         /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE